STATE of Missouri, Respondent,

v.

**Marcell SMITH, Appellant.**

**No. ED 104014**

Missouri Court of Appeals, Eastern District, **Division Four.**

Filed: February 7, 2017

Rosalynn Koch, Columbia, MO, for Appellant.

Josh Hawley, Christine Katherine Lesicko, Jefferson City, MO, for Respondent.

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

## ORDER

PER CURIAM

Marcell Smith appeals his convictions by a St. Louis County jury of one count of first-degree robbery, one count of second-degree assault, and two counts of armed criminal action arising out of the robbery and shooting of Roosevelt Phillips, Jr. ("Victim"). Smith raises two points on appeal: 1) that the trial court abused its discretion in sustaining the State's objection to Smith calling Victim's wife to testify at trial; and 2) that the trial court plainly erred in failing to *sua sponte* intervene during the State's cross-examination of Tiffany Lindewirth. Finding no error, we affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25.